1  ADAM GORDON
   United States Attorney
2  SEAN VAN DEMARK
   Assistant U.S. Attorney
3  Hawaii Bar No. 10288
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 546-7657
   Facsimile:  (619) 546-0631
6  Email: Sean.Van.Demark@usdoj.gov

7  Attorneys for Plaintiff,
8  United States of America

9

10                    UNITED STATES DISTRICT COURT

11                   SOUTHERN DISTRICT OF CALIFORNIA

12  | UNITED STATES OF AMERICA, | Case No.  25-mj-2403-JLB |
    |---|---|
13  | Plaintiff, | NOTICE OF APPEARANCE |
14  | v. | |
15  | JESUS IVAN RODRIGUEZ LEYVA (1), | |
16  | JULIO CESAR ZUNIGA LUNA (2), | |
17  | Defendants. | |

18      I, the undersigned attorney, enter my appearance as lead counsel in the above-
19  captioned case.
20      I certify that I am admitted to practice in this court or authorized to practice under
21  CivLR 83.3.c.3-4.
22      The following Government attorney (who is admitted to practice in this court or
23  authorized to practice under CivLR 83.3.c.3-4), should be listed as lead counsel for
24  CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity
25  in this case:
26      Name
27      None
28  //

Effective this date, the following attorney is no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

None

DATED: May 6, 2025

Respectfully submitted,

ADAM GORDON
United States Attorney

*Sean Van Demark*
SEAN VAN DEMARK
Assistant U.S. Attorney
Email: Sean.Van.Demark@usdoj.gov
Attorneys for Plaintiff
United States of America